**In re:**

**SARAH SOTO PEREZ**                                    **Case No.   11-07745-ESL**

                                    **Chapter 13     Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO**

| I. Appearances | | | Date & Time:      10/12/2011  8:30:00AM |
|---|---|---|---|
| **Debtor** | **[X] Present** | **[ ] Absent** | **[X] R      [ ] NR    LV:** |
| **Joint Debtor** | **[ ]Present** | **[ ] Absent** | **[X] This is debtor(s) 5 Bankruptcy filing.** |
| **Attorney for Debtor** | **[X] Present** | **[ ] Absent** | **Creditors:** |
| **[ ]  Prose** | | | |
| **[ ]  Substitute** | | | **None** |

**II. Oath Administered**
        **[X] Yes               [ ] No**

**III. Plan**

**Date:   10/04/2011          Base:      $79,975.00    Payments 0 made out of  1 due.**

**Confirmation Hearing Date:        11/16/2011   9:00:00AM**

**Evidence of Pmt shown:      Yes**

**Attorney's fees as per R. 2016(b)**

   **$3,000.00   -   $0.00        =  $3,000.00**

**IV. Status of Meeting**

**[X] Closed          [ ] Not Held          [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

**[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments**

**[ ] Keep payments current [  ] does (do) not qualify as a debtor (§109):**

**[ ] MTD Already filed, see Docket:**

**[ ] Other:**

**In re:**

**SARAH SOTO PEREZ**                                    **Case No.**   **11-07745-ESL**

                            **Chapter 13**       **Attorney Name:**   **ROBERTO FIGUEROA CARRASQUILLO**

---

(Cont.)

**Trustee's Report on Confirmation**

**[ ] FAVORABLE**

**[X] UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| | [ ] Tax returns missing |
| [ ] Fails disposable income |    [ ] State  - years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote |    [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1.  Mr. Figueroa Carrasquillo assumed legal representation recently.  2.  In accordance with local rules debtor must certify to the court the name of the individual who helped in preparing this pro se filing.  It was her spouse, who is an attorney Mr. Frederick Chardon, who practices bankruptcy in this district.  3.  Debtor has to revisit the means test.  She has put there income information that is not correct.  I asked that she provide all GROSS income from March 1, 2011 to August 31, 2011 for BOTH she and her husband.4.  At line 19 martital deduction, we can not have a paycheck deduction of $23.01.  4.  At SOFA 14 amend that she possesses a 2005 Tacoma that is titled to her husband. 5.  Need comparable sales for the residence.  6.  Need copy of pre nuptial agreement.

<u>s/Alejandro Oliveras</u>                                                                    **Date:**      **10/12/2011**

**Trustee/Presiding Officer**                                                                              **(Rev. 02/11)**