IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: SARAH SOTO PEREZ  Debtors | CASE NO. 11-07745(ESL)  CHAPTER 13 |
|---|---|

**MOTION TO WITHDRAW APPEARANCE AND PROOF OF CLAIM**

TO THE HONORABLE COURT:

**NOW COMES**, Scotiabank de Puerto Rico, through counsel, and most respectfully **STATES** and **PRAYS**:

1. In instant matter we made an appearance (Docket 15) and filed Proof of Claim (Claim Register 2-1) on October 10 2011.

2. Both documents were filed without signing them.

3. Accordingly appearing party withdraws the Notice of Appearance and Proof of Claim.

**WHEREFORE**, it is respectfully requested that this motion be noted, for whichever legal purposes, with such further relief as is deemed appropriate in the circumstances.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

*Wallace Vázquez Sanabria*
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Frederic Chardon Dubos; Mr. Alejandro Oliveras Rivera;** and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this ___, day of October, 2011.

*Wallace Vazquez Sanabria-125101*
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*