IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SARAH SOTO PEREZ

CASE NO 11-07745-ESL

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **October 12, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

AMENDED PLAN DATE: November 14, 2011          PLAN BASE: $85,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/15/2011

[ ] FAVORABLE                    [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Provide evidence of income for debtor and her non filing spouse (03.1.2011 to 08.31.2011). 2)As per motion filed at dkt24, debtor to address who is her attorney,in order to determine who the Trustee will disburse fees

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$0.00/$3,000.00

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina

Pedro R Medina
USDC #226614
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062